No. 17,376.

CLAIRE C. WAGNER *v.* ERINEO M. MONTOYO.

(280 P. [2d] 1115)

Decided March 7, 1955.

Mr. IRVING I. OXMAN, Mr. GEORGE K. THOMAS, for plaintiff in error.

Mr. JOHN R. WALL, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.